IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-F-08-276 OWW |
| | ) | |
| | ) | ORDER DIRECTING CLERK OF COURT TO RETURN PETITION FOR WRIT OF HABEAS CORPUS TO PETITIONER |
| Plaintiff, | ) | |
| vs. | ) | |
| MICHAEL EUGENE HOLLIS, | ) | |
| Defendant. | ) | |

On December 22, 2008, Michael Eugene Hollis, proceeding *in pro per*, mailed to the Clerk of the Court for filing a pleading captioned "Petition for the Writ of Habeas Corpus Upon Russell York of the United States Marshals [sic] Service - Fresno California Office." Hollis is named as the petitioner and Russell York of the United States Marshal's Service is named as respondent.

Hollis is a federal pretrial detainee currently housed at the Fresno County Jail pursuant to a detention order issued in the federal criminal case. Hollis is represented by Victor

1

Chavez in the federal criminal case.  The Petition for Writ of Habeas Corpus challenges the conditions of Hollis' confinement at the Fresno County Jail.  The Petition for Writ of Habeas Corpus does not challenge the validity or duration of his confinement pursuant to the detention order.  Hollis cannot proceed under habeas corpus because challenges to conditions of confinement must be brought in a civil rights complaint.  *See Badea v. Cox,* 931 F.2d 573, 574 (9th Cir.1994); *Crawford v. Bell,* 599 F.2d 890, 891-892 & n.1 (9th Cir.1979).

The Petition for Writ of Habeas Corpus cannot be filed as such in the underlying federal criminal action.  The Clerk of the Court is directed to return the Petition for Writ of Habeas Corpus to Hollis at the following address:

>   Michael Eugene Hollis
>   # 0838602; # 7014083
>   Fresno County Jail
>   P.O. Box 872
>   Fresno, CA 93712

Hollis may set forth his allegations concerning the conditions of his confinement at the Fresno County Jail in an appropriate civil rights complaint.

IT IS SO ORDERED.

Dated:   **January 5, 2009**              /s/ Oliver W. Wanger
                                          UNITED STATES DISTRICT JUDGE