IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL EUGENE HOLLIS,<br><br>Defendant. | No. CR-F-08-276 OWW<br><br>MEMORANDUM DECISION AND ORDER DENYING DEFENDANT'S MOTION FOR COURT ORDERED ACCESS TO MEANINGFUL LEGAL RESOURCES AND SUPPLIES AND MOTIONS FOR EMERGENCY INJUNCTIVE RELIEF (Docs. 18, 21, and 22) |

Defendant Michael Eugene Hollis, proceeding *in pro per*, has filed a "Motion for Court Ordered Access to Meaningful Legal Resources and Supplies," a "Motion for Emergency Injunctive Relief: Housed with Psychotic Inmate," and a "Motion for Emergency Injunctive Relief: Inmate with Bad Knee Housed on Floor." In each of these motions, Defendant Hollis is named as Plaintiff; Defendants are "Russell York, et al." By these motions, Hollis seeks injunctive relief requiring the Fresno County Jail to provide access to the Fresno County Jail library

1

and to provide supplies to enable Hollis to file legal documents and to transfer Hollis to another facility because of alleged violations of the Eighth Amendment and the Americans with Disabilities Act.

Hollis is charged with receipt or distribution of material involving the sexual exploitation of minors in violation of 18 U.S.C. § 2252(a)(2) and possession of material involving the sexual exploitation of minors in violation of 18 U.S.C. § 2252(a)(4)(B). Hollis is represented in this criminal case by Victor Chavez. Hollis is detained in the Fresno County Jail pursuant to a detention order filed on August 25, 2008. Hollis pleaded guilty on December 1, 2009 to receipt or distribution of material involving the sexual exploitation of minors in violation of 18 U.S.C. § 2252(a)(2). Sentencing is set for April 20, 2009.

Hollis's motions are DENIED.

By Memorandum Decision and Order filed on January 5, 2009, Hollis was advised that any claims concerning the conditions of his confinement at the Fresno County Jail must be made in an appropriate civil rights complaint. Hollis cannot bring these motions in his federal criminal case. Russell York is not a party to the criminal case. Hollis' complaints about Fresno County Jail law library access and supplies and the conditions of his confinement in the Fresno County Jail are irrelevant to resolution of the criminal case because Hollis is represented by counsel.

Further, Hollis cannot bring a civil rights action based on

**the conditions of his present confinement in the Fresno County Jail unless and until he has completed administrative remedies provided by the Fresno County Jail for the processing of grievances prior to filing suit.** *See Booth v. Churner*, 532 U.S. 731, 741 (2001); *Ngo v. Woodford,* 548 U.S. 81 (2006); *McKinney v. Carey*, 311 F.3d 1198, 1199-1201 (9th Cir.2002).

IT IS SO ORDERED.

**Dated:   March 31, 2009**             /s/ Oliver W. Wanger
                                        UNITED STATES DISTRICT JUDGE