HEATHER E. WILLIAMS, State Bar No. 122664
Federal Defender
MEGHAN D. MCLOUGHLIN, New York State Bar No. 5342100
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, California 93721
Telephone: (559) 487-5561
Facsimile: (559) 487-5950

Attorneys for Defendant
MICHAEL EUGENE HOLLIS

# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *Plaintiff*, vs. MICHAEL EUGENE HOLLIS, *Defendant.* | Case No. 1:08-cr-00276-DAD-1 **SEALING ORDER** |

**GOOD CAUSE APPEARING, IT IS HEREBY ORDERED** that Exhibits A, D, E, F, G, and H to Defendant MICHAEL EUGENE HOLLIS' *Brief in Support of his Pro Se Motion for Compassionate Release Pursuant to 18 U.S.C. § 3582(c)(1)(A)*, shall be filed **under seal** until further order of the Court.

IT IS SO ORDERED.

Dated:   **November 9, 2020**          _____
                                                                    UNITED STATES DISTRICT JUDGE