HEATHER E. WILLIAMS, State Bar No. 122664
Federal Defender
MEGHAN D. MCLOUGHLIN, New York State Bar No. 5342100
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, California 93721
Telephone: (559) 487-5561
Facsimile: (559) 487-5950

Attorneys for Defendant
MICHAEL EUGENE HOLLIS

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:08-cr-00276-DAD-1 |
| *Plaintiff,* | |
| vs. | **SEALING ORDER** |
| MICHAEL EUGENE HOLLIS, | |
| *Defendant.* | |

**GOOD CAUSE APPEARING, IT IS HEREBY ORDERED** that Defendant Michael

Eugene Hollis' *Pro Se Motion for Compassionate Release*, (ECF No. 71), is hereby ordered filed

under seal in its entirety until further order of the Court.  The Clerk of the Court is directed to file

the redacted version of that filing provided by his counsel with defendant's *Request to Redact*

*Pro Se Motion for Compassionate Release* shall be filed on the public docket.

IT IS SO ORDERED.

Dated:   **November 17, 2020**

_____
UNITED STATES DISTRICT JUDGE