HEATHER E. WILLIAMS, California State Bar No. 122664
Federal Defender
MEGHAN D. MCLOUGHLIN, New York State Bar No. 5342100
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, California 93721
Telephone: (559) 487-5561
Facsimile: (559) 487-5950

Attorneys for Defendant
MICHAEL EUGENE HOLLIS

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:08-cr-00276-DAD-1 |
|---|---|
| Plaintiff, | |
| v. | REQUEST TO BE TERMINATED AS ATTORNEY OF RECORD; ORDER |
| MICHAEL EUGENE HOLLIS, | |
| Defendant. | |

Undersigned counsel, Assistant Federal Defender Meghan D. McLoughlin, hereby requests that she be terminated as attorney of record in the present matter. Defense counsel was appointed to assist Michael Eugene Hollis in filing a *Motion for Compassionate Release under 18 U.S.C. 3582(c)(1)(A)*. (ECF Nos. 71, 83). Defense counsel did so, and filed a *Brief in Support of his Pro Se Motion for Compassionate Release Pursuant to 18 U.S.C. § 3582(c)(1)(A)*, (ECF No. 73), on November 6, 2020, and a *Reply*, (ECF No. 89), on December 17, 2020. Mr. Hollis' *Motion* was denied by this Court on February 16, 2021. (ECF No. 90). With the denial, defense counsel completed the scope of her appointment and representation.

//

//

Therefore, at this time, undersigned counsel requests that she be terminated as attorney of record for Mr. Hollis.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Dated: August 30, 2021              */s/ Meghan D. McLoughlin*
                                    MEGHAN D. McLOUGHLIN
                                    Assistant Federal Defender

                                    Attorneys for Defendant
                                    MICHAEL EUGENE HOLLIS

## **ORDER**

Good cause appearing, **IT IS HEREBY ORDERED**, that Assistant Federal Defender Meghan D. McLoughlin be terminated as counsel of record in Case No. *United States v. Hollis*, 1:08-cr-00276-DAD-1.

IT IS SO ORDERED.

Dated:   **August 30, 2021**              _____
                                          UNITED STATES DISTRICT JUDGE