| | |
|---|---|
| 1 | **TORRES | TORRES STALLINGS** |
| 2 | **A LAW CORPORATION** |
|   | ALEKXIA TORRES STALLINGS, SBN 296418 |
| 3 | 1318 K Street |
|   | Bakersfield, CA 93301 |
| 4 | (661) 326-0857 |
|   | (661) 326-0936 |
| 5 | Email: lextorres@lawtorres.com |
| 6 | Attorney for Defendant |
| 7 | MICHAEL EUGENE HOLLIS |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:08-CR-00276-TLN-1 |
| Plaintiff, | |
| v. | **MOTION TO TERMINATE CJA APPOINTMENT OF ALEKXIA TORRES STALLINGS AS ATTORNEY OF RECORD AND ORDER** |
| MICHAEL EUGENE HOLLIS, | |
| Defendant. | |

On August 21, 2008, Defendant Michael Eugene Hollis was indicted on federal charges. CJA Panel Attorney Alekxia Torres Stallings was appointed as trial counsel to represent Mr. Hollis on May 21, 2024, in his criminal case for a Violation of Supervised Release. Mr. Hollis was sentenced to the Violation of Supervised Release on September 9, 2024. The time for filing a direct appeal was 14 days. No direct appeal was filed. Mr. Hollis was in custody at the time of sentencing. The trial phase of Mr. Hollis's criminal case has, therefore, come to an end. Having

completed her representation of Mr. Hollis, CJA attorney Alekxia Torres Stallings now moves to terminate her appointment under the Criminal Justice Act.

Should Mr. Hollis require further legal assistance he has been advised to contact the Office of the Federal Defender for the Eastern District of California by mail at 2300 Tulare Street, Suite 330, Fresno, CA 93721, or by phone at (559) 487-5561 (collect) or (855) 656-4360 (toll-free), which, if appropriate, will arrange for the re-appointment of counsel to assist him/her.

Dated: October 22, 2024             Respectfully submitted,

/s/*Alekxia Torres Stallings*
Alekxia Torres Stallings, Attorney for Defendant, Michael Eugene Hollis

# ORDER

Having reviewed the notice and found that attorney Alekxia Torres Stallings has completed the services for which he was appointed, the Court hereby grants attorney Torres Stallings's request for leave to withdraw as defense counsel in this matter.  Should Defendant seek further legal assistance, Defendant is advised to contact the Office of the Federal Defender for the Eastern District of California at 2300 Tulare Street, Suite 330, Fresno, CA 93721.  The phone number for the office is (559) 487-5561 (collect) or (855) 656-4360 (toll-free).  If appropriate, the office will arrange for the reappointment of counsel to assist Defendant.

The Clerk of Court is directed to serve a copy of this order on Defendant Michael Eugene Hollis at the following address and to update the docket to reflect Defendant's pro se status and contact information.

Michael Eugene Hollis
Fresno County Jail
JID:7014083/BKG:2424631
P.O. Box 872
Fresno, CA 93712

**IT IS SO ORDERED**

Dated: October 28, 2024

TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE