UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL HOLLIS,<br><br>Defendant. | No. 1:08-cr-00276-TLN<br><br>**ORDER** |

This matter is before the Court on Defendant's *pro se* Motion to Correct the Record. (ECF No. 121.) The Government filed an opposition. (ECF No. 123.)

On December 1, 2008, Defendant pleaded guilty to receipt or distribution of material involving the sexual exploitation of a minor in violation of 18 U.S.C. § 2252(a)(2). (ECF No. 16.) Defendant was sentenced to a 210-month term of imprisonment to be followed by a 120-month term of supervised release. (ECF No. 27.) Defendant commenced his term of supervision on October 28, 2022. (ECF No. 112 at 2.)

On June 18, 2024, Defendant admitted Charge One of a Violation Petition, alleging prohibited contact with minors. (ECF Nos. 111, 112.) On September 9, 2024, the Court held a dispositional hearing, in which it revoked Defendant's term of supervised release and imposed an 11-month term of imprisonment to be followed by a 109-month term of supervised release. (ECF Nos. 119, 120.)

Defendant filed the instant motion on September 24, 2024, in which he requests the Court reconsider its decision to sentence him to a high-end, 11-month term of imprisonment for his violation of supervised release. (ECF No. 121.) Defendant's motion is devoid of any citation to authority or any legal basis for reconsidering Defendant's sentence, which was well-supported and fell within the applicable guideline range of 4 to 11 months. Defendant was provided the opportunity to present arguments at his dispositional hearing, and nothing Defendant now argues in his motion alters the Court's determination.

Accordingly, the Court DENIES Defendant's motion.

IT IS SO ORDERED.

Date: November 4, 2024

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE

2