HEATHER E. WILLIAMS
Federal Defender
CHRISTINA M. CORCORAN
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721
Telephone:  (559) 487-5561
Facsimile:   (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  1:08-CR-276-TLN |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE |
| v. | DATE: February 20, 2026 |
| MICHAEL EUGENE HOLLIS | TIME: 2:30 P.M. |
| Defendant. | COURT: Hon. Christopher D. Baker |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.    By previous order, this supervised release petition was set for a status conference on February 20, 2026.

2.    By this stipulation, the parties stipulate that the status conference may be continued to March 4, 2026, at 2:30 PM, before the Honorable Christopher D. Baker, to allow time for defense review of the discovery and defense investigation.  Because this case involves a pending supervised release petition, no exclusion of time is necessary.

IT IS SO STIPULATED.

///

///

1

Dated:  February 19, 2026                    HEATHER E. WILLIAMS
                                             Federal Defender


                                             /s/ CHRISTINA M. CORCORAN
                                             CHRISTINA M. CORCORAN
                                             Assistant Federal Defender
                                             Counsel for Michael Eugene Hollis



                                             ERIC GRANT
                                             United States Attorney


Dated:  February 19, 2026                    /s/ DAVID GAPPA
                                             DAVID GAPPA
                                             Assistant United States Attorney
                                             Attorney for Plaintiff


## [PROPOSED] ORDER ON STIPULATION

Based upon the stipulation and representations of the parties and good cause appearing, the Court HEREBY ORDERS the status conference be continued until March 4, 2026, at 2:30p.m., before the undersigned.  The parties shall appear before the Court on that date and at that time.

IT IS SO ORDERED.

Dated:   **February 20, 2026**            _____
                                          UNITED STATES MAGISTRATE JUDGE