HEATHER E. WILLIAMS, Bar #122664
Federal Defender
CHRISTINA M. CORCORAN, Bar #344683
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
MICHAEL EUGENE HOLLIS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:08-cr-276-TLN |
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING HEARING; ORDER |
| vs. | Date:  June 15, 2026 |
| MICHAEL EUGENE HOLLIS, | Time:  10:00 a.m. |
| Defendant. | |

**IT IS HEREBY STIPULATED**, by and between the parties, through their respective counsel, Assistant United States Attorney David Gappa, counsel for plaintiff, and Assistant Federal Defender Christina M. Corcoran, counsel for defendant Michael Eugene Hollis, that the Court may continue the sentencing hearing from May 4, 2026, to June 15, 2026, at 10:00 a.m. The requested continuance is necessary for the continued defense investigation pertaining to sentencing and to accommodate defense counsel's unforeseen conflict with the original date.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: April 28, 2026                    /s/ Christina M. Corcoran
                                        CHRISTINA M. CORCORAN
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        MICHAEL EUGENE HOLLIS


                                        ERIC GRANT
                                        United States Attorney


Date: April 28, 2026                    /s/ David Gappa
                                        DAVID GAPPA
                                        Assistant United States Attorney
                                        Attorney for Plaintiff

## O R D E R

GOOD CAUSING APPEARING, the Court hereby continues the sentencing hearing currently scheduled for May 2, 2026, to June 15, 2026, at 10:00 a.m. before District Judge Dale A. Drozd.

Dated: April 29, 2026

_____
Troy L. Nunley
Chief United States District Judge

Hollis / Stipulation and
Proposed Order

2